STATE OF NEW JERSEY v. REGINALD BUCKNER.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BURNEY.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY HARVEY.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE L. CARROLL.

September 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL GALLIMORE.

September 16, 1986.

Petition for certification denied.